# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| MARCON Engineering, Inc. | ) | ASBCA Nos. 57471, 60511 |
| | ) | |
| Under Contract No. W912BV-08-D-2026 | ) | |

APPEARANCE FOR THE APPELLANT:  Theodore M. Bailey, Esq.
  Bailey & Bailey, P.C.
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
John F. Bazan, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK

Pursuant to an Alternative Dispute Resolution/mediation process, the parties have settled the referenced appeals and have jointly filed a "Request for Entry of Consent Judgment" (Request), dated 2 May 2017. Accordingly, it is the Board's decision pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement and Request that the appeals are sustained. In the nature of a consent judgment, the Board sustains these appeals in the amount of $1,202,405. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: 8 May 2017

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 57471, 60511 Appeals of MARCON Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
